# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3415
Lower Tribunal No. 2022-SC-003775-SP

_____

BLACK DIAMOND FUNDING VENTURES, LLC, a/a/o RESTORATION FIRST SERVICES CORP., a/a/o MUNIRA ZAFAR,

Appellant,

v.

SECURITY FIRST INSURANCE COMPANY,

Appellee.

_____

Appeal from the County Court for Osceola County.
Christine E. Arendas, Judge.

October 21, 2025

PER CURIAM.

AFFIRMED.

WOZNIAK, MIZE and GANNAM, JJ., concur.


Chad A. Barr, of Chad Barr Law, Altamonte Springs, for Appellant.

Daniel J. Maher and Brandon J. Tyler, of Cole, Scott & Kissane, P.A., Miami, and Mark D. Tinker, of Cole, Scott & Kissane, P.A., Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED